IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:07cr00005-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| NINA MARIE STRICKLAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's "Motion for Bond" (Doc. No. 11), filed August 8, 2007. On July 13, 2007, Defendant pleaded guilty to the one-count bill of indictment, which charged Defendant with robbery by means of actual and threatened force, violence and fear of injury in that Defendant used a knife to stab the victim during the commission of the robbery. Magistrate Judge Carl Horn III accepted Defendant's straight-up guilty plea on that same day. Under the Bail Reform Act of 1984, Defendant must be detained because he has been found guilty of a "crime of violence" and is awaiting imposition of a sentence. See 18 U.S.C. §§ 3145(c), 3143(a)(2), 3142(f)(1)(A); United States v. Moffitt, 2006 WL 3240752 (W.D.N.C., November 7, 2006) (holding that a guilty plea that is accepted by a magistrate judge qualifies as being "found guilty" under the terms of § 3143). Accordingly, Defendant's motion is DENIED

IT IS, THEREFORE, ORDERED that Defendant's Motion for Bond (Doc. No. 11) is DENIED.

Signed: November 7, 2007

Frank D. Whitney
United States District Judge